1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT WILLIAMS, | Case No. 3:15-cv-00007-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

15  **I.    DISCUSSION**

16        Plaintiff, a *pro se* prisoner, previously filed an application to proceed *in forma*

17  *pauperis*, a first amended 42 U.S.C. § 1983 civil rights complaint, and a motion to

18  supplement his first amended complaint. (Dkt. no. 1, 5, 6.)

19        Plaintiff now files a motion for voluntary dismissal. (Dkt. no. 7.) Pursuant to

20  Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a

21  court order by filing "a notice of dismissal before the opposing party serves either an

22  answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court

23  grants Plaintiff's motion to voluntarily dismiss this action because no responsive

24  pleading has been filed in this case. As such, the Court dismisses this action without

25  prejudice.

26  **II.    CONCLUSION**

27        For the foregoing reasons, it is ordered that the motion for voluntary dismissal

28  (dkt. no. 7) is granted.

1    It is further ordered that the application to proceed *in forma pauperis* (dkt. no. 1)

2  is denied as moot.

3    It is further ordered that the motion to supplement amended complaint (dkt. no. 6)

4  is denied as moot.

5    It is further ordered that this action is dismissed in its entirety without prejudice.

6    It is further ordered that the Clerk of the Court shall enter judgment accordingly.

7

8    DATED THIS 15th day of May 2015.

9    _____

10   MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28