UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT WILLIAMS, | Case No. 3:15-cv-00007-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

**I.    DISCUSSION**

On January 6, 2015, Plaintiff filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. nos. 1, 1-1.) On May 1, 2015, Plaintiff submitted a first amended complaint. (Dkt. no. 5.) On May 11, 2015, Plaintiff filed a motion to voluntarily dismiss his case without prejudice. (Dkt. no. 7.) On May 15, 2015, this Court entered an order granting Plaintiff's motion to voluntarily dismiss the case without prejudice. (Dkt. no. 8 at 2.) On May 18, 2015, Plaintiff filed another notice to dismiss his complaint. (Dkt. no. 10.)

On June 10, 2015, Plaintiff filed a motion to reopen his case, seek leave to amend his complaint, and have the Court send him copies of his second amended complaint. (Dkt. no. 11.) The Court denies Plaintiff's motion to reopen the case. Plaintiff may open a new case with the Court by submitting a new application to proceed *in forma pauperis* and a new complaint with the Clerk's Office. The Court further notes that Plaintiff has not filed a second amended complaint in this case.

## II.  CONCLUSION

For the foregoing reasons, it is ordered that the motion to reopen case (dkt. no. 11) is denied.

It is further ordered that Plaintiff may open a new case by submitting a new application to proceed *in forma pauperis* and a new complaint with the Clerk's Office.

It is further ordered that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court shall also send Plaintiff a copy of his first amended complaint (dkt. no. 5).

DATED THIS 11th day of June 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE